No. 883. 500 CASES OF TOMATOES AND ITALIA-AMERICAN SHIPPING CORPORATION *v.* FRANCIS H. LEGGETT AND COMPANY. March 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Homer L. Loomis* for petitioners. *Mr. T. Catesby Jones* for respondent.

No. 885. CROPPER KNITTING MILLS, INC. *v.* FRANKLIN KNITTING MILLS, INC. March 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Avel B. Silverman* for petitioner. *Mr. Edward M. Evarts* for respondent.

No. 886. PHILADELPHIA AND READING RAILWAY COMPANY (NOW READING COMPANY) *v.* WILLIAM A. AUCHENBACH. March 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Edward L. Katzenbach* for petitioner. *Mr. Samuel Schneider* for respondent.

No. 892. MRS. J. W. PEEBLES AND J. W. PEEBLES *v.* EXCHANGE BUILDING COMPANY. March 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. J. W. Canada* for petitioners. No appearance for respondent.

No. 895. BALTIMORE AND OHIO RAILROAD COMPANY AND GAULEY COMPANY *v.* CARY C. HINES, ADMINISTRATOR DE BONIS NON OF THE PERSONAL ESTATE OF WILLIAM CRENNELL, JR., DECEASED. March 21, 1927. Petition for a writ of certiorari to the Circuit Court of Braxton County, State of West Virginia, denied. *Mr. W. E. Haymond* for petitioners. *Mr. Carey C. Hines, pro se.*